**GLOBAL LEGAL LAW FIRM**
James C. Huber (SBN 269488)
jhuber@attorneygl.com
Joshua J. Herndon (SBN 244106)
jherndon@attorneygl.com
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Plaintiff,
CARDFLEX, INC. d/b/a CLIQ

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARDFLEX, INC. d/b/a CLIQ,

Plaintiff,

v.

CAPITAL MANAGERS, LLC, a Delaware limited liability company; EVENTUS HOLDINGS, LLC, a Delaware limited liability company; PAYSAFE SERVICES (US) CORP d/b/a MERITCARD, a Delaware corporation; and CYNERGY DATA LLC d/b/a PRIORITY PAYMENT SYSTEMS, a Delaware limited liability company,

Defendants.

Case No.:

**DECLARATION OF JAMES C. HUBER IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, James C. Huber, declare:

1. I am an attorney licensed to practice before all of the Courts of the State of California and the United States District Court, Central District of California. I am a partner in the law firm of Global Legal Law Firm, counsel of record for Plaintiff Cardflex, Inc. d/b/a/ Cliq ("Cliq") in this action. I submit this declaration in support of Cliq's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction. As a result of my active involvement as counsel in this action, if called as a witness, I could and would competently testify, based on my own personal

knowledge, that each of the facts set forth in this declaration is true and correct.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the "Residual Redirection Agreement" between Cliq, defendant Capital Managers, LLC ("Capital Managers"), and defendant Paysafe Services (US) Corp d/b/a Meritcard ("Paysafe"), dated October 20, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the "Redirection Agreement" between Cliq, Capital Managers, and Paysafe, dated January 16, 2018.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the "Direction Agreement" between Cliq, Capital Managers, and Cynergy Data LLC d/b/a Priority Payment Systems ("Priority") dated November 29, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Complaint filed in the Superior Court of California, Orange County, Case No. 30-2021-01220754-CU-BC-CJC ("Companion Case"), which contains as exhibits the Portfolio Purchase Agreements (PPA-1, PPA-2, and PPA-3) at issue herein.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Proposed Judgment filed by Cliq on November 1, 2024 in the Companion Case referenced above, which incorporated the executed Special Verdict Form for Complaint as "Exhibit 1" and the executed Special Verdict Form for Cross-Complaint as "Exhibit 2".

7. On October 30, 2024, I emailed Mr. Oliver Griffin, counsel of record for defendants Capital Managers and Eventus, requesting that his clients immediately terminate: a) the UCC Lien recorded by Eventus against Cliq on April 25, 2022, and b) the "redirection agreements" entered into between Cliq, Capital Managers, Paysafe, Priority (copies of which are attached hereto as Exhibits 2, 3, and 4), under which residual payments owed to Cliq by Paysafe and Priority are still being redirected every month to Capital Managers and Eventus. Mr. Griffin emphatically declined my requests and demanded that I submit a detailed legal memorandum to him explaining why his clients should comply with my requests. A true and correct copy of these email communications is attached hereto as **Exhibit 6**.

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

Global Legal Law Firm
322 Encinitas Blvd., Suite 200
Encinitas, CA 92024
(888) 846-8901

8. On October 31, 2024, I emailed Mr. Gary Nye, in-house counsel for Paysafe, requesting that Paysafe immediately terminate all redirection agreements currently redirecting residual funds belonging and owed to Cliq to Capital Managers and Eventus. A true and correct copy of the email chain containing my October 31, 2024 email to Mr. Nye is attached hereto as **Exhibit 7**. In a phone call that followed, Mr. Nye indicated that Paysafe would comply with this request only in response to a court order.

9. On October 31, 2024, I emailed Mr. Edward Marshall, in-house counsel for Priority, requesting that Priority immediately terminate all redirection agreements currently redirecting residual funds belonging and owed to Cliq to Capital Managers and Eventus. A true and correct copy of the email chain containing my October 31, 2024 email to Mr. Marshall is attached hereto **Exhibit 8**. In a phone call that followed, Mr. Marshall indicated that Priority would not comply with this request but would consider interpleading the residual funds to the Court.

10. On November 6, 2024, I sent a follow-up email to Mr. Marshall and Mr. Nye about my respective conversations with them about the above items, requesting confirmation that Paysafe and Priority did not want to insert themselves into this dispute, that they would agree to follow any court order, and that they would likely be amenable to interpleading the funds. Mr. Marshall and Mr. Nye each responded to my email on November 6, 2024 and confirmed that Priority and Paysafe would each follow any binding court order. A true and correct copy of my November 6, 2024 email to Mr. Marshall and Mr. Nye and their responses is attached hereto **Exhibit 9**.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Minute Order entered on November 8, 2024 in the Companion Case.

12. Upon receipt from the Court of the date and time for hearing on Cliq's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction, I will cause the sending of notice of the same to Mr. Griffin, counsel for Capital Managers and Eventus, via email.

13. Upon receipt from the Court of the date and time for hearing on Cliq's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction, I will cause the sending of notice of the same to Mr. Nye, counsel for Paysafe, via email.

14. Upon receipt from the Court of the date and time for hearing on Cliq's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction, I will cause the sending of notice of the same to Mr. Marshall, counsel for Priority, via email.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Capital Managers and Eventus's November 8, 2024 opposition to Cliq's request for injunction in the Companion Case.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed in Encinitas, California, on November 26, 2024.

James C. Huber

Global Legal Law Firm
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024
(888) 846-8901

## CERTIFICATE OF SERVICE

I, JAMES C. HUBER, hereby certify that on November 26, 2024, I caused to be electronically filed **DECLARATION OF JAMES C. HUBER IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**, with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: November 26, 2024

**GLOBAL LEGAL LAW FIRM**

By: *<u>/s/ James C. Huber</u>*
James C. Huber
Joshua J. Herndon
Attorneys for Defendant,
CLIQ, INC.

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901