**GLOBAL LEGAL LAW FIRM**
James C. Huber (SBN 269488)
jhuber@attorneygl.com
Joshua J. Herndon (SBN 244106)
jherndon@attorneygl.com
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Plaintiff,
CARDFLEX, INC. d/b/a CLIQ

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARDFLEX, INC. d/b/a CLIQ,

Plaintiff,

v.

CAPITAL MANAGERS, LLC, a Delaware limited liability company; EVENTUS HOLDINGS, LLC, a Delaware limited liability company; PAYSAFE SERVICES (US) CORP d/b/a MERITCARD, a Delaware corporation; and CYNERGY DATA LLC d/b/a PRIORITY PAYMENT SYSTEMS, a Delaware limited liability company,

Defendants.

Case No.:

**DECLARATION OF ANDREW PHILLIPS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Andrew Phillips, declare:

1. I am the Chief Executive Officer of Plaintiff CARDFLEX, INC. d/b/a CLIQ ("Cliq"). If called as a witness, I could and would competently testify, based on my own personal knowledge, that each of the facts set forth in these declarations is true and correct.

2. Cliq is a for-profit business, and it relies on the residual revenue streams subject to the ISO Agreements to pay for its operating expenses. Moreover, the trial in the Companion Case was continued several times at defendants' requests. In part

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

due to the delay of the trial, the Redirection Agreements have continuously harmed Cliq and are continuing to harm Cliq.

3. While Cliq has been able to absorb the weight of this wrongful withholding during the pendency of the trial, it cannot continue to do so without dire consequences.

4. Every month that Cliq fails to recover these funds is another month that Cliq must sink deeper into debt.

5. Each month, Cliq has to pay its sales agents commission on the amounts withheld by Defendants. That commission is typically upwards of 70% of the amount received and in some cases is upwards of 90%. This means that Cliq is losing almost double the amount withheld. Each month, the amount withheld is in excess of $120,000. And during the months of November through January, with holiday spending, travel, etc., this amount skyrockets and should be closer to $200,000.

6. For as long as Cliq is denied residual payments as a result of the Redirection Agreements, Cliq may have problems funding its December 2024 payroll, make its tax payments before the end of 2024, or pay residuals (commissions) to its sales agents for December 2024.

7. I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed in Costa Mesa, California, on November 25, 2024.

Andy Phillips
Andrew Phillips

## CERTIFICATE OF SERVICE

I, JAMES C. HUBER, hereby certify that on November 26, 2024, I caused to be electronically filed **DECLARATION OF ANDREW PHILLIPS IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**, with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: November 26, 2024 **GLOBAL LEGAL LAW FIRM**

By: */s/ James C. Huber*
James C. Huber
Joshua J. Herndon
Attorneys for Plaintiff,
CLIQ, INC.

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901