GLOBAL LEGAL LAW FIRM
James C. Huber (SBN 269488)
Joshua J. Herndon (SBN 244106)
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARDFLEX, INC. d/b/a CLIQ<br>PLAINTIFF(S)<br>v.<br>CAPITAL MANAGERS, LLC, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>8:24-cv-2586<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents)**

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

**Reason:**

- ☐ Under Seal
- ☐ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ____________________
- ☑ Other:

Per Court request.

November 26, 2024
Date

James C. Huber
Attorney Name

Plaintiff, CARDFLEX, INC. d/b/a CLIQ
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*