UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 24-2586 JVS (ADSx) | Date | November 26, 2024 |
| Title | Cardflex, Inc. v. Capital Managers, LLC et al | | |

Present: The Honorable James V. Selna, United States District Judge

| | |
|---|---|
| Elsa Vargas | Not Present |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

_X_ Complaint, filed November 26, 2024

__ Notice of Removal ("Notice") filed

by Cardflex, Inc. ("CLIQ").

The initial pleading purports to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, ¶ 1.) Jurisdiction on this basis requires complete diversity.

The following parties to the action is alleged to be a limited liability company ("LLC"):

Capital Managers, LLC, Eventus Holdings, LLC, Cynergy Data LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 24-2586 JVS (ADSx) | Date | November 26, 2024 |
| Title | Cardflex, Inc. v. Capital Managers, LLC et al | | |

and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

CLIQ is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

**The Court will take no action on the pending TRO until it can determine whether it has jurisdiction.**

**It is so Ordered.**