**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARDFLEX, INC. d/b/a CLIQ,<br><br>Plaintiff(s),<br>v.<br>CAPITAL MANAGERS, LLC, a Delaware limited liability company; EVENTUS HOLDINGS, LLC, a Delaware limited liability company; PAYSAFE SERVICES (US) CORP D/B/A MERITCARD, a Delaware corporation; and CYNERGY DATA LLC D/B/A PRIORITY PAYMENT SYSTEMS, a Delaware limited liability company,<br>Defendant(s). | CASE NUMBER<br>8:24-cv-02586-JVS-(JDEx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________________

______________________________
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

12/04/2024 ______________________________
*Date* *Signature of Attorney/Party*

***NOTE:** F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

## CERTIFICATE OF SERVICE

I, JAMES C. HUBER, hereby certify that on December 4, 2024, I caused to be electronically filed **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**, with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: December 4, 2024

**GLOBAL LEGAL LAW FIRM**

By: *__/s/ James C. Huber__*

James C. Huber
Joshua J. Herndon
Attorneys for Plaintiff,
CARDFLEX, INC. d/b/a CLIQ